IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT DONALD MANN                                                    PLAINTIFF

v.                              No. 5:14-cv-87-DPM-JTK

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                          DEFENDANT

ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). The Court affirms the Commissioner's decision.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2014