IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT DONALD MANN                                            PLAINTIFF

v.                          No. 5:14-cv-87-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                  DEFENDANT

## JUDGMENT

Mann's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2014